# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MACARIO HERRERA,<br><br>    Plaintiff,<br><br> v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>    Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C18-627 TSZ |

\_\_\_ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Pursuant to defendant Diversified Consultants, Inc.'s offer of judgment, docket no. 8, which was accepted by plaintiff, plaintiff's unopposed motion for entry of judgment, docket no. 9, is GRANTED, and judgment is hereby ENTERED in favor of plaintiff Macario Herrera and against defendant Diversified Consultants, Inc. in the amount of $1,001.00, exclusive of attorney's fees and costs. Any motion for attorney's fees shall be filed in accordance with Federal Rule of Civil Procedure 54(d), and costs shall be taxed by the Clerk of the Court in the manner set forth in Local Civil Rule 54(d). Pursuant to 28 U.S.C. § 1961, the judgment amount shall bear interest at the rate of two and thirty-three hundredths of one percent (2.33%) per annum from the date of this judgment until paid in full.

Dated this 5th day of July, 2018.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge