# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MACARIO HERRERA,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

C18-627 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court TREATS plaintiff's unopposed motion to amend judgment, docket no. 13, as a motion for attorney's fees and costs, and GRANTS the motion as follows. The Clerk is DIRECTED to enter a supplemental judgment in favor of plaintiff Macario Herrera and against defendant Diversified Consultants, Inc. in the amount of $5,500.00, which sum the parties have agreed is the total to which plaintiff is entitled in attorney's fees and costs.

(2) The Clerk is further DIRECTED to send a copy of this Minute Order and the supplemental judgment to all counsel of record.

Dated this 20th day of July, 2018.

                    William M. McCool
                    Clerk

                    s/Karen Dews
                    Deputy Clerk

MINUTE ORDER - 1