# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MACARIO HERRERA,<br><br>                    Plaintiff,<br><br>    v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>                    Defendant. | SUPPLEMENTAL JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C18-627 TSZ |

___   **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Supplemental judgment is hereby ENTERED in favor of plaintiff Macario Herrera and against defendant Diversified Consultants, Inc. in the amount of $5,500.00, which sum the parties have agreed is the total in attorney's fees and costs to which plaintiff is entitled.

Dated this 20th day of July, 2018.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk